FILED
05 SEP 20 PM 3: 21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MARVIN KING<br><br>    Defendant. | MAG No. 3-05-70763 (ND CA)<br><br>CR 04-996 (CD CA)<br><br>[~~PROPOSED~~] ORDER DIRECTING THE MARSHAL TO PROVIDE NON-CUSTODIAL TRANSPORTATION |

    Good cause appearing, this Court has released the defendant on a $50,000 appearance bond with all the conditions set forth in that bond including the condition that the defendant appear before Duty Magistrate Judge Carla Whorle in Courtroom 341 on the Third Floor of the Roygal Building, 255 E. Temple Street, Los Angeles, CA at 9:00 a.m. on Monday, September 26, 2005.

    The United States Marshal pursuant to 18 U.S.C. § 4285, shall provide the defendant with an airline ticket from San Francisco to Los Angeles departing San Francisco no later than Sunday, September 25, 2005. The Marshal shall also provide any subsistence expenses

//

//

ORDER                                                        1

1  //

2  to which the defendant is entitled in connection with his flight and his overnight stay in Los

3  Angeles in order to make his court appearance on September 26th.

4      It is so ORDERED.

6  Dated: 9/20/05

                                    Joseph Spero
                                    United States Magistrate Judge

ORDER                             2